IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL, et al.,
    Plaintiffs,

vs.                                    CASE NO.:  3:03cv342/MCR/MD

ESCAMBIA COUNTY, FL, et al.,
    Defendants.
                                    /

O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 20, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.   The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   The plaintiffs' motions (docs. 80, 81 & 82) are DENIED.

DONE AND ORDERED this 20th day of January, 2006.

                    s/ *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**